AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Salma Bahaa Hussein, Alessandra Darrigo, and Daniela Arielle Darrigo, on behalf of themselves and others similarly situated<br><br>*Plaintiff(s)*<br><br>v.<br><br>Hooters of America, LLC d/b/a Hooters, Fresh Meadows Wings LLC d/b/a Hooters, Farmingdale Wings LLC d/b/a Hooters, and Marc Phanuef<br><br>*Defendant(s)* | Civil Action No. 24-cv-1600 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   See Attached Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William Brown, Esq.
Brown Kwon & Lam, LLP
521 5th Avenue 17th Floor
New York, New York 10175

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

*Cynthia Valera*

Date: 3/4/2024

*Signature of Clerk or Deputy Clerk*

TO:    Hooters of America LLC d/b/a Hooters
1815 The Exchange SE
Atlanta, Georgia 30339

Fresh Meadows Wings LLC d/b/a Hooters
53-61 190th Street
Fresh Meadows, New York 11365

Farmingdale Wings LLC d/b/a Hooters
25 Smith Street
Farmingdale, New York 11735

Marc Phanuef
2189 Silas Deane Highway
Rocky Hill, CT 06067